1  Mark S. Spring, State Bar No. 155114
   Jeremy T. Naftel, State Bar No. 185215
2  CARLTON DiSANTE & FREUDENBERGER LLP
   8950 Cal Center Drive
3  Suite 160
   Sacramento, California 95826
4  Telephone:  (916) 361-0991
   Facsimile:  (916) 361-1480
5  E-Mail: mspring@cdflaborlaw.com
           jnaftel@cdflaborlaw.com
6
   Attorneys for Defendant
7  WATSONVILLE HOSPITAL CORP. dba WATSONVILLE
   COMMUNITY HOSPITAL
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                                              *E-FILED - 7/6/06*

12  GEORGE WILCOX,                )  Case No. C06-02750 RMW PVT
                                  )
13         Plaintiff,              )  **STIPULATION FOR EXTENSION OF**
                                  )  **TIME TO FILE A RESPONSIVE**
14      v.                         )  **PLEADING TO PLAINTIFF'S**
                                  )  **COMPLAINT;  ORDER**
15  COMMUNITY HEALTH SYSTEMS, INC. dba )
    WATSONVILLE HOSPITAL,          )
16                                 )
           Defendant.               )
17  _____)

18         The following Stipulation is entered into by Plaintiff GEORGE WILCOX

19  ("Plaintiff") and Defendant WATSONVILLE HOSPITAL CORP. dba WATSONVILLE

20  COMMUNITY HOSPITAL ("Defendant" and collectively "Parties") in this matter, through their

21  counsel of record, pursuant to the following facts:

22         WHEREAS, the Parties are negotiating regarding a settlement of this matter,

23         WHEREAS, Defendant's answers are due by June 30, 2006, and

24         WHEREAS, the Parties need additional time for settlement negotiations which may

25  eliminated the need for litigation of this matter.

26         1.     The Complaint in this matter was filed on April 24, 2006 and service was

27  effected on Defendant on May 31, 2006.

28         2.     The responsive pleading was due on or before June 30, 2006.

3. The Parties initially agreed to an extension to file a responsive pleading to June 30, 2006.

4. The Parties have now agreed to extend Defendant's time to file a responsive pleading to Plaintiff's Complaint an additional twenty-eight days to July 28, 2006.

The Parties hereby stipulate to, and request that the Court approve an extension of the deadline for Defendant to file a responsive pleading until July 28, 2006.

Dated: June 26, 2006        CARLTON DiSANTE & FREUDENBERGER LLP


By: /S/ Jeremy T. Naftel

Jeremy T. Naftel
Attorneys for Defendants
WATSONVILLE HOSPITAL CORP. dba WATSONVILLE COMMUNITY HOSPITAL

Dated: June 26, 2006        CALIFORNIA CENTER FOR THE LAW AND THE DEAF


By: /S/ J. Kendrick Kresse
J. Kendrick Kresse
Attorneys for Plaintiff
GEORGE WILCOX

IT IS SO ORDERED.

DATE: 7/6/06

/s/ Ronald M. Whyte
United States District Court Judge