1  J. Kendrick Kresse, State Bar No. 53926
   Jennifer Pesek, State Bar No. 219161
2  CALIFORNIA CENTER FOR LAW AND THE DEAF
   14895 E. 14th Street, Suite 220
3  San Leandro, CA 94578
   Telephone: (510) 483-0922 V/TTY
4  Facsimile: (510) 483-0967
   E-Mail: ken.kresse@deaflaw.org
5
   Attorneys for Plaintiff
6  GEORGE WILCOX

7  Jeremy T. Naftel, State Bar No. 185215
   Jennifer D. Barrera, State Bar No. 219617
8  CARLTON DiSANTE & FREUDENBERGER LLP
   8950 Cal Center Drive
9  Suite 160
   Sacramento, California 95826
10 Telephone:  (916) 361-0991
   Facsimile:  (916) 361-1480
11 E-Mail:  jnaftel@cdflaborlaw.com
            jbarrera@cdflaborlaw.com
12
   Attorneys for Defendant
13 WATSONVILLE HOSPITAL CORPORATION. dba
   WATSONVILLE COMMUNITY HOSPITAL erroneously
14 sued as COMMUNITY HEALTH SYSTEMS, INC. dba
   WATSONVILLE COMMUNITY HOSPITAL
15

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18                                                     *E-FILED - 5/4/07*

19 GEORGE WILCOX,                     ) Case No. C06-02750 RMW PVT
                                      )
20           Plaintiff,               ) **STIPULATION AND**
                                      ) **ORDER TO EXTEND DEADLINE FOR**
21     v.                             ) **MEDIATION**
                                      )
22 COMMUNITY HEALTH SYSTEMS, INC. dba )
   WATSONVILLE HOSPITAL,              )
23                                    )
             Defendant.               )
24 _____)

25

26

27

28

CARLTON DiSANTE &
FREUDENBERGER LLP
260927.1

Case No.  C06-02750 RMW PVT
Stipulation and Proposed Order
to Extend Deadline for Mediation

1  As of Wednesday, March 27, 2007, the two parties have reached a tentative settlement agreement in this matter. The part of the agreement includes the installation of a new technology system by Defendant in order to provide remote American Sign Language Interpreting. Before finalizing the agreement, Plaintiff has requested a demonstration of the system to assure its quality and appropriateness as effective communication. Defendant is willing to provide such a demonstration and has proposed a reasonable timetable for installing and demonstrating the system. Once the system has been demonstrated and approved, the parties plan to draft the formal settlement agreement and file for a stipulation of dismissal.

Both parties jointly petition the court to extend the mediation deadline to July 1st, 2007. Should the parties be unable to reach an agreement regarding the demonstration, they wish to be able to return to mediation to resolve the matter. A proposed Order is attached to this Petition for the Court's approval.

Respectfully Submitted,

Dated: March 30, 2007

CALIFORNIA CENTER FOR LAW
AND THE DEAF
J. Kendrick Kresse
Jennifer Pesek

By: /S/ - Jennifer Pesek
     Jennifer Pesek

Dated: March 30, 2007

CARLTON DiSANTE & FREUDENBERGER LLP
Jeremy T. Naftel
Jennifer Barrera

By: /S/ - Jeremy T. Naftel
     Jeremy T. Naftel

IT IS HEREBY ORDERED, that the deadline for the Pretrial Conference for the above-named case shall be extended to July 1, 2007.

Dated: MAY 4, 2007

FOR THE COURT

By: *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

CARLTON DiSANTE &
FREUDENBERGER LLP

260927.1

1

Case No. C06-02750 RMW PVT
Stipulation and Proposed Order
to Extend Deadline for Mediation